```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-12-0226 LKK |
| Plaintiff, | STIPULATION AND ORDER RE-SETTING INITIAL APPEARANCE OF DEFENDANT RACHEL SIDERS |
| v. | |
| THEO ADAMS and, RACHEL SIDERS, | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant Rachel Siders, through her undersigned counsel Eduardo Roy, that the court may re-set defendant's initial appearance in this case from July 6, 2012 to **July 13, 2012.**

The defendant was indicted on June 20, 2012, and given a Notice to Appear on July 5, 2012. Co-defendant Theo Adams was arraigned on June 21, 2012, at which time a Status Conference was set before the district court on July 17, 2012.

1

1     Undersigned counsel Eduardo Roy has not yet made an appearance in
2 this case but represents defendant Siders in another case in this
3 district and intends to represent her in this case as well.  Mr. Roy
4 has requested that the initial appearance date be re-set to July 13,
5 2012 and the government has no objection.

DATED: July 3, 2012

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                 By: /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney


Dated: July 3, 2012                     /s/ Eduardo Roy
                                     EDUARDO ROY
                                     Attorney for Defendant
                                      Rachel Siders


                              O R D E R

IT IS SO ORDERED.
Dated: July 5, 2012

                                                      _____
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE