BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-12-0226 LKK |
| Plaintiff, | STIPULATION AND ORDER RE-SETTING INITIAL APPEARANCE OF DEFENDANT RACHEL SIDERS |
| v. | |
| THEO ADAMS and, RACHEL SIDERS, | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant Rachel Siders, through her undersigned counsel Eduardo Roy, that the court may re-set defendant's initial appearance in this case from July 13, 2012 to **July 16, 2012.**

The defendant was indicted on June 20, 2012, and given a Notice to Appear on July 5, 2012. Co-defendant Theo Adams was arraigned on June 21, 2012, at which time a Status Conference was set before the district court

1

on July 17, 2012.

Undersigned counsel Eduardo Roy has not yet made an appearance in this case but represents defendant Siders in another case in this district and intends to represent her in this case as well.  Mr. Roy has requested that the initial appearance date be re-set to July 16, 2012 and the government has no objection.

DATED: July 9, 2012

                    BENJAMIN B. WAGNER
                    United States Attorney

               By: /s/ R. Steven Lapham
                  R. STEVEN LAPHAM
                  Assistant U.S. Attorney

Dated: July 9, 2012         /s/ Eduardo Roy
                              EDUARDO ROY
                              Attorney for Defendant
                               Rachel Siders

              O R D E R

IT IS SO ORDERED.
**Date: 7/9/2012**

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE