1  Eduardo G. Roy (SBN 146316)
   eduardo.roy@prometheus-law.com
2  PROMETHEUS PARTNERS LLP
   The Mills Tower
3  220 Montgomery Street, Suite 1094
   San Francisco, CA 94104
4  Tel: 415.527-0255
   Fax: 415.836-2501
5
   Attorney for Defendant
6  RACHEL SIDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL SIDERS,<br><br>　　　　Defendant. | CASE NO. 2:12-CR-00226 JAM<br><br>**DEFENDANT'S WAIVER OF APPEARANCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Rachel Siders, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other ministerial action is taken by the court. This waiver does not relieve defendant from being present for arraignment, plea, impanelment of jury, trial and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: October __, 2013

By _____
Defendant
(Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: October __, 2013

By  /s/  Eduardo G. Roy
Eduardo G. Roy
Prometheus Partners LLP
Attorney for Defendant

IT IS SO ORDERED.

Dated: 10/10/2013

/s/ John A. Mendez
United States District Court Judge