PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorney for Defendant
Rachel Siders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Rachel Siders,<br><br>    Defendant. | Case No. 2:12-CR-0226 JAM (KJN)<br><br>**STIPULATION FOR CONTINUANCE OF BAIL REVIEW; and**<br><br>**ORDER** |

1 | Plaintiff UNITED STATES OF AMERICA ("United States") and Defendant RACHEL SIDERS
2 | ("Defendant") hereby stipulate and agree as follows:
3 | WHEREAS, a bail review in this matter is currently set for today, March 27, 2015, at 2:00 p.m.,
4 | in Courtroom 25 before Magistrate Judge Kendall J. Newman;
5 | WHEREAS, counsel for Defendant is also appellate counsel for Donald M. Wanland, currently
6 | incarcerated at the United States Penitentiary Camp, Atwater.
7 | WHEREAS, counsel for Defendant has been attempting to schedule a visit with Mr. Wanland for
8 | several weeks without success;
9 | WHEREAS, counsel for Defendant was informed by the Bureau of Prisons yesterday, March 26,
10 | 2015, that he could visit Mr. Wanland today, March 27, 2015;
11 | WHEREAS, whereas the Opening Brief on appeal for said incarcerated client is due on April 6,
12 | 2015.
13 | WHEREAS, the prison visit is necessary to review the Opening Brief with Mr. Wanland prior to
14 | filing;
15 | WHEREAS, the time of the prison visit would conflict with the currently scheduled bail review;
16 | WHEREAS, the United States has no objection to continuance of the currently scheduled bail
17 | review;
18 | IT IS THEREFORE STIPULATED AND REQUESTED AS FOLLOWS:
19 | 1. That the Court continue the bail review in this matter, currently set for March 27, 2015, at
20 | 2:00 p.m., to April 2, 2015, at 2:00 pm, or such other date and time as may convenience
21 | the Court.

The undersigned e-filer of this document hereby attests that concurrence in the filing has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED.

DATED: March 27, 2015                             PROMETHEUS PARTNERS L.L.P.


                                        By:    /s/ Eduardo G. Roy
                                               Eduardo G. Roy, Esq.
                                               Attorneys for Defendant Rachel Siders


DATED: March 27, 2015


                                        By:    /s/ Christiaan Highsmith
                                               Christiaan Highsmith, Esq.
                                               Assistant United States Attorney
                                               Attorneys for Plaintiff
                                               United States of America.

PURSUANT TO STIPULATION, IT IS ORDERED that the bail review in this matter, currently set for March 27, 2015, at 2:00 p.m., is continued to April 2, 2015, at 2:00 pm.

Dated: March 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE