BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-226 JAM |
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| RACHEL SIDERS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Clerk of the Court is directed to seal the following documents until further order of this Court:

- ECF No. 127 (Exhibit Email dated 12/23/14);

- ECF No. 127-1 (the attachment to Exhibit Email dated 12/23/14);

- ECF No. 129 (Exhibit 2 (Email attaching doctors' letters));

- ECF Nos. 129-1, 129-2, 129-3, and 129-4 (doctors' letters attached to Exhibit 2 (Email)); and

- Government's Request to Seal.

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE

1

1  　　　IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the

2  government and counsel for the defendant.

3  　Dated:　April 1, 2015

　　　　　　　　　　　　　　　　　　THE HONORABLE EDMUND F. BRENNAN
4  　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE