IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-226 JAM; 2:11-CR-210 JAM |
| Plaintiff, | [PROPOSED] ORDER IMPOSING CONDITION OF RELEASE |
| v. | |
| RACHEL SIDERS, | |
| Defendant. | |

On April 2, 2015, the Court heard argument on the United States' Motion for Imposition of Release Conditions (ECF No. 126) and defendant's Oppostition to the United States' Motion for Imposition of Release Conditions (ECF No. 137). Based on the Court's consideration of the arguments of the parties and the statements of the pretrial services officer, IT IS HEREBY ORDERED that:

1. Amended conditions of release 1-14 be imposed upon defendant Rachel Siders; and

2. As agreed to by all counsel at the hearing, should defendant Siders seek to continue trial in *United States v. Kuzmenko et al.*, 2:11-cr-210-JAM, based on her medical condition, she must sign and fully execute the HIPPA waiver attached to this order, *see* Attachment 1, at least two weeks prior to the start of trial. Failure to sign and fully execute the attached HIPPA waiver at least two weeks prior to the start of trial in *United States v. Kuzmenko et al.*, 2:11-cr-210-JAM, will result in defendant Siders being prohited from arguing for a continuance based on her medical condition and will result in an inference in favor of the Government that if defendant Siders' medical records were produced they would not support the request for a continuance.

DATED: April 3, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

# AUTHORIZATION TO RELEASE MEDICAL INFORMATION

I, Rachel Siders (DOB: */**/75), hereby authorize my treating physicians, including Dr. Robert Osorio, Dr. Elizabeth Christian, and Dr. Stafford Conway, to release medical records and information to the following individuals, in accordance with the following terms.

1. I authorize the release of all medical records and information concerning my current medical conditions that I present to the government in support of any continuance of my trial. This includes any and all records regarding treatment of Rachel Siders, including, but not limited to: copies of complete charts, progress notes & interview notes, discharge summaries, operative reports, x-ray & all imagery, laboratory tests, pathology tissue, and all diagnostic studies whether in electronic data or other format.

2. The information may be released to AUSA Michele Beckwith, AUSA Matthew Segal, AUSA Christiaan Highsmith, FBI Special Agent Brian Bridges, IRS-CI Special Agent Kristie Plateau, any paralegal, secretary, or other staff working their behalf, and any healthcare professional working on their behalf in the cases of <u>United States v. Siders</u>, 2:12-cr-226 JAM and <u>United States v. Kuzmenko</u>, 2:11-cr-210 JAM.

3. The purpose of the release is to allow the government to examine the authenticity and accuracy of documents and representations made by me and my attorney to the court and the government regarding my health conditions and their effect on my ability to stand trial. It is also to allow the government to conduct an independent assessment of my ability to stand trial and the timeframe in which that may occur.

4. The parties are prohibited from using or disclosing the protected health information for any purpose other than the determination of my ability to stand trial.

5. Any person obtaining copies of the records disclosed pursuant to this order shall maintain their confidentiality and shall make no further disclosure except as provided by law or by order of this court.

6. This release is valid only for determination of my ability to stand trial, including the exhaustion of any appeal in either case.

7. I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time,

provided that revocation is in writing, except to the extent that action has already been taken in reliance

this Authorization. I understand that the doctor, health care provider, or health plan from whom my

medical information is requested in this Authorization, may not condition treatment, payment,

enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for

the information disclosed pursuant to this Authorization to be subject to re-disclosure by the recipient

and no longer be protected by the Standards for Privacy of Individually Identifiable Health Information,

set forth at 45 CFR Parts 160 and 164.

      8.  A copy of this Authorization or my signature thereon shall be used with the same

effectiveness as an original.

      9. Communications between my providers and any representative of the U.S. Attorney's Office,

Department of Justice, and IRS-CI are authorized.

Dated:                            By: _____

                                    RACHEL SIDERS