| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PROMETHEUS PARTNERS LLP<br>EDUARDO G. ROY (SBN 146316)<br>eduardo.roy@prometheus-law.com<br>The Mills Tower<br>220 Montgomery Street, Suite 1094<br>San Francisco, CA 94104<br>Telephone: 415.527.0255<br><br>Attorney for Defendant<br>Rachel Siders |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Rachel Siders,<br><br>             Defendant. | Case No. 2:12-CR-0226 JAM & 2:11-cr-00210-JAM-9<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS**<br><br>Court: Hon. Edmund F. Brennan |

      Defendant, Rachel Siders, through her counsel, and Plaintiff United States of America, through Assistant United States Attorney Christiaan Highsmith, hereby stipulate and request that the Court amend Siders' pretrial services conditions as follows:

      That a condition be added stating:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the cost of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

      Pretrial Services has requested that the parties file this stipulation and proposed order amending the conditions.

Amendment to Stipulation and Order re: Pretrial Services Conditions

1

Dated: April 8, 2015

By:  /s/ Eduardo G. Roy
EDUARDO G. ROY
Attorney for Defendant
Rachel Siders

Dated: April 8, 2015

BENJAMIN WAGNER
United States Attorney

Christiaan Highsmith
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

The Court adds the following condition to Siders' pretrial release:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated: April 9, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE