1   PROMETHEUS PARTNERS LLP
    EDUARDO G. ROY (SBN 146316)
2   eduardo.roy@prometheus-law.com
    The Mills Tower
3   220 Montgomery Street, Suite 1094
    San Francisco, CA 94104
4   Telephone: 415.527.0255

5   Attorney for Defendant
    Rachel Siders
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,          Case No.  2:12-CR-0226 JAM

12                  Plaintiff,          **MOTION FOR CONTINUANCE OF
                                        SENTENCING HEARING; and**
13  v.
                                        **ORDER**
14  Rachel Siders,
                                        Court: Hon. John A. Mendez
15                  Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant RACHEL SIDERS (Defendant") hereby request a continuance to her court's scheduled sentencing hearing on June 9, 2015:

WHEREAS, a sentencing hearing in this matter is currently set June 9, 2015, at 9:15 a.m., in Courtroom 6 before the Hon. John A. Mendez;

WHEREAS, counsel for Defendant is also appellate counsel for Donald M. Wanland, currently incarcerated at the United States Penitentiary Camp, Atwater.

WHEREAS, the Opening Brief on appeal for said incarcerated client was due on April 13, 2015.

WHEREAS, counsel for Defendant is also counsel for Daniel Norcia in a consumer class action.

WHEREAS, the Responding Brief on appeal for Mr. Norcia is due on April 22, 2015 and counsel has been devoting a substantial amount of time in preparation of the brief.

WHEREAS, counsel for Defendant is also counsel for Michael Deatrick in an employment class action of over 25, 000 class members.

WHEREAS, the Mediation Brief for Mr. Deatrick is due April 20, 2015.

WHEREAS, Mediation for Mr. Deatrick will begin on April 22, 2015 and counsel has been spending substantial time in preparation for the mediation.

WHEREAS, the time required for the matters referenced above have prevented counsel for Defendant to sit down with Defendant and the probation officer to fully prepare for the sentencing hearing.

WHEREAS, the United States' probation officer Nisha Modica agrees to the continuance.

WHEREAS, counsel for Defendant has contacted the United States and has not received a response, we do not know whether the Government opposes or has no objection to continuance of the currently schedule sentencing hearing. Counsel for Defendant sent a copy of this motion by

email to counsel of record for the United States and phoned counsel of record.

IT IS THEREFORE REQUESTED AS FOLLOWS:

1. That the Court continue the sentencing hearing in this matter, currently set for June 9, 2015, at 9:15 a.m., to August 4, 2015 at 9:15 a.m.

DATED: April 17, 2015                                      PROMETHEUS PARTNERS L.L.P.


                                                    By:     /s/Eduardo G. Roy
                                                            Eduardo G. Roy, Esq.
                                                            Attorney for Defendant Rachel Siders

## ORDER

IT IS ORDERED that the sentencing hearing in this matter, currently set for June 9, 2015, is continued to August 4, 2015 at 9:15 a.m.

Dated: April 20, 2015

                        /s/ John A. Mendez_____
                        Hon. John A. Mendez
                        UNITED STATES DISTRICT COURT JUDGE