| | |
|---|---|
| 1 | PROMETHEUS PARTNERS LLP |
| | EDUARDO G. ROY (SBN 146316) |
| 2 | eduardo.roy@prometheus-law.com |
| | The Mills Tower |
| 3 | 220 Montgomery Street, Suite 1094 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.527.0255 |
| 5 | Attorney for Defendant |
| | Rachel Siders |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:12-CR-0226 JAM |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| Rachel Siders, et al. | Court: Hon. John A. Mendez |
| Defendant. | |

# (PROPOSED) ORDER

IT IS ORDERED that the sentencing hearing in this matter, currently set for June 21, 2016, is continued to September 20, 2016. @ 9:15 AM

Dated: May 26, 2016

_____
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE