PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone:    415.527.0255

Attorney for Defendant
Rachel Siders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Rachel Siders,<br><br>               Defendant. | Case Nos.    2:12CR00226-1<br>                  2:11CR00210-9<br><br>**ORDER SEALING DOCUMENTS** |

1      IT IS ORDERED that Defendant Siders's Sentencing Memorandum and Exhibits thereto are

2 hereby SEALED.

3

4   Dated: **9-14-2016**

5                             By:_____

6                             Hon. John A. Mendez
                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Case No. 2:12CR00226-1, 2:11CR00210-9 JAM