1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
   Fax: (949) 496-6753
4
5  Attorney for Defendant
   RACHEL SIDERS
6
7
8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11
12 | UNITED STATES,              | Case No. CR-11-210-JAM AND
13 |                             | CR-12-226-JAM
   |      Plaintiff,             |
14 |                             | ORDER RE SEALING DOCUMENT
15 |   vs.                       |
16 | RACHEL SIDERS               |
17 |                             |
   |      Defendant.             |
18
19
20
21 A sufficient showing having been made, it is ordered that Ex. "A" and "B" to
22 defendant's Motion to Reduce Sentence- Compassionate Release shall be sealed by the
23 clerk of the court. The documents contain detailed health information about the
24 defendant, and must be sealed under HIPAA and local rules.
25
26 DATED: January 21, 2021      /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
27                              UNITED STATES DISTRICT COURT JUDGE
28
                              - 1 -